## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE:

**MANUEL RAMON PRATS VEGA**

    **Debtor(s)**

CASE NO.   18-00295  BKT

**CHAPTER 11**

**FILED & ENTERED ON 05/29/2019**

### ORDER

The Debtor's *Motion for Entry of Order Closing Bankruptcy Case Until Resolution by State Court is Reached Regarding Proof of Claim 7 as Amended, or Motion for Stay under 11 USC 305* [Dkt. No. 170] is GRANTED, with regards to this court's abstention. Pursuant to 11 U.S.C. § 305(a), this case is suspended until a final resolution is reached regarding claim number 7-4 in the Puerto Rico Courts.

SO ORDERED

In San Juan, Puerto Rico, this 29th day of May, 2019.

Brian K. Tester
U.S. Bankruptcy Judge

-1-